PER CURIAM.
Affirmed. See Bissett v. Ply-Gem Indus., Inc., 533 F.2d 142 (5th Cir.1976); Brandt v. Shane, 157 Fla. 848, 27 So.2d 161 (1946); Jones v. Toms, 150 Fla. 873, 9 So.2d 96 (1942); Willis v. Fowler, 102 Fla. 35, 136 So. 358 (1931); Tobin & Tobin Ins. Agency, Inc. v. Zeskind, 315 So.2d 518 (Fla. 3d DCA 1975); Morton v. Young, 311 So.2d 755 (Fla. 3d DCA 1975); Green v. Royal Palm Beach Colony, Inc., 292 So.2d 388 (Fla. 3d DCA 1974); Evans v. Gray, 215 So.2d 40 (Fla. 3d DCA 1968), cert. denied, 222 So.2d 748 (Fla.1969); Rowland v. Ewell, 174 So.2d 78 (Fla. 2d DCA 1965); *114 Ramel v. Chasebrook Constr. Co., 135 So.2d 876 (Fla. 2d DCA 1961).